# EXHIBIT J

# DEPOSITION OF JOHN MALTBIE WITH EXHIBIT 112

# [REDACTED]