KOPPEL PATRICK HEYBL & PHILPOTT
Brian J. Philpott (CA Bar No. 241,450; admitted *pro hac vice*)
Corey A. Donaldson (CA Bar No. 280,383; admitted *pro hac vice*)
2815 Townsgate Road, Suite 215
Westlake Village, California  91361
Telephone: (805) 373-0060
bphilpott@koppelip.com
cdonaldson@koppelip.com

MILLER KORZENIK SOMMERS RAYMAN LLP
David S. Korzenik
Terence P. Keegan
488 Madison Avenue, Suite 1120
New York, New York 10022
Telephone: (212) 752-9200
dkorzenik@mkslex.com
tkeegan@mkslex.com

PAUL ALAN LEVY
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
Telephone: (202) 588-7725
plevy@citizen.org

Attorneys for Defendant My Other Bag, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A. | CASE NO. 1:14-cv-03419(JMF) |
| Plaintiff, | ECF CASE |
| vs. | **NOTICE OF DEFENDANT'S RENEWED MOTION FOR AWARD OF ATTORNEY FEES AND EXPENSES** |
| MY OTHER BAG, INC. | |
| Defendant. | |

PLEASE TAKE NOTICE that, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a), section 505 of the Copyright Act, 17 U.S.C. § 505, and the inherent power of the Court, based upon the accompanying Declarations or

1

Affidavits of Kendra Albert dated January 21, 2016, and of Brian J. Philpott, Corey A. Donaldson, K. Andrew Kent, David S. Korzenik, Terence P. Keegan, Paul Alan Levy, and Tara Martin, dated April 7, 2017, as well as the exhibits attached to those Declarations or Affidavits, all prior pleadings and proceedings, and Defendant's Memorandum of Law, Defendant My Other Bag, Inc., by its attorneys, will move this Court Before the Honorable Jesse M. Furman at the United States Courthouse, 40 Foley Square, Courtroom 1105, New York, New York 10007, as soon as counsel can be heard, for an Order granting attorney fees and expenses to defendant in an amount to be determined by the Court, and for such other and further relief as the Court deems just and proper.

Pursuant to the Court's order (DN 140), answering papers, if any, shall be filed on or before April 28, 2017, and reply papers, if any, shall be filed on or before May 5, 2017.

Respectfully submitted,

/s/ Corey A. Donaldson

Brian J. Philpott
Corey A. Donaldson
Koppel Patrick Heybl & Philpott
2815 Townsgate Road, Suite 215
Westlake Village, CA 91361
cdonaldson@koppelip.com

/s/ Paul Alan Levy

Paul Alan Levy
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

/s/ David S. Korzenik

David S. Korzenik
Terence P. Keegan
Miller Korzenik Sommers Rayman LLP
488 Madison Avenue, Suite 1120
New York, New York 10022
(212) 752-9200
dkorzenik@mkslex.com

Attorneys for My Other Bag, Inc.

April 7, 2017