# EXHIBIT A

# MILLER KORZENIK SOMMERS LLP

488 MADISON AVENUE NEW YORK, NEW YORK 10022-5702
TEL.212-752-9200•FAX 212-688-3996•WWW.MKSLEX.COM

April 24, 2015

███████████████████████

**Invoice #14285**

My Other Bag, Inc.
1031 W Manchester Blvd.
Suite 7
Inglewood, CA 90301

Attn.: Tara Martin CEO

    Re: Louis Vuitton Malletier, S.A. v. My Other Bay, Inc.; SDNY No. 14-CV-3419(JMF)

FOR PROFESSIONAL SERVICES RENDERED:   January 19, 2015 through February 28, 2015

| | | | Hours |
|---|---|---|---|
| 1/19/2015 | DSK | Review docs (Mediation memo and website) in emls from Corey Donaldson; T/C's Corey and Brian Kent (1.0 hour +^^); T/C LS; Eml from Corey re follow-up T/C Eric R. re LV cases reported on; Rcvd eml from ER w. LV materials; | 1.60 |
| 1/20/2015 | DSK | Review docs and cases on anti-dilution issues; Disc LS and TK re rsch; Conference calls first w. Corey and Andrew; then with Corey, Andrew, Tara and Brian (1.4^^); Disc TK re rsch and rev info re Judge Furman; | 2.60 |
| | JCM | Office conference w/ DSK | 0.70 |
| 1/21/2015 | DSK | Review rsch on anti-dilution; Disc LS re case and docket and issues;   T/C Corey lre issues re timing of case and ████████████████████████████ ████████████████████████████ ██████████████████ 18min); Work at home on research materials (0.8); | 2.00 |

| Date | | Description | Hours | |
|---|---|---|---|---|
| 1/22/2015 | DSK | Telephone conference Corey and Brian (11min); T/C Corey (18min); | 0.50 | |
| 1/23/2015 | DSK | Review rsch and articles; | 0.30 | |
| 1/26/2015 | DSK | Review cases and articles (on source id limitation) ; Disc TK re research; | 0.50 | |
| 1/27/2015 | DSK | Prepare retainer k and send to Corey and Brian by email; Emls w. LS; | 0.00 | |
| 1/28/2015 | DSK | Telephone conference Corey; | 0.10 | |
| 2/3/2015 | DSK | Telephone conference Tara Martin (0.0 Not Billed);' L/M Brian; T/C Brian re retainer and also about expert report and status of case; he will discuss possible variations on retainer k); | 0.20 | |
| 2/4/2015 | DSK | Review rsch on dilution and 1st am issues; | 0.30 | |
| 2/23/2015 | DSK | Telephone conference Brian; Send eml to Brian w. revised retainer k; | 0.00 | |
| 2/26/2015 | DSK | Received eml from Brian P w revised retainer k (2/25pm); Send reply; accept redlines; sign and eml signed retainer k to Brian w cc to LS; | 0.00 | |
| | | For Services Rendered | 8.80 | $3,960.00 |
| 3/16/2015 | | Retainer | | ($10,000.00) |
| | | Credit Balance | | ($6,040.00) |
| | | Additional Retainer | | $5,000.00 |
| | | Balance Due | | $5,000.00 |

### User Summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| David S. Korzenik | 18.70 | 450.00 | $8,415.00 |
| Jeffrey Craig Miller | 0.70 | 450.00 | $315.00 |
| Terence Keegan | 10.60 | 350.00 | $3,710.00 |

# MILLER KORZENIK SOMMERS LLP

488 MADISON AVENUE NEW YORK, NEW YORK 10022-5702
TEL.212-752-9200•FAX 212-688-3996•WWW.MKSLEX.COM

May 13, 2015

**Invoice #14299**

My Other Bag, Inc.
1031 W Manchester Blvd.
Suite 7
Inglewood, CA 90301

Attn.: Tara Martin CEO

Re: Louis Vuitton Litigation SDNY

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 3/3/2015 | TK | Discussion with DSK regarding Court-ordered deadline for motions for summary judgment (3/31) and closure of discovery in case (0.1). | 0.10 |
| | DSK | Telephone conference Tara re adjustment to retainer k ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Disc TK; | 0.10 |
| 3/4/2015 | TK | Discussion with DSK regarding deadline for summary judgment motion, appearances by DSK and TK in action, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.1). | 0.10 |
| | DSK | Telephone conference Brian re k and timing and expert dep timing ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; | 0.10 |
| 3/5/2015 | DSK | Telephone conference Brian P. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 12min^); DSK notes on points for msj; T/C Brian P re call w. adverse counsel; T/C Brian re Locander dep timing and Rob Shapiro; | 0.80 |

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 3/5/2015 | TK | Discussion with DSK regarding status of expert deposition scheduling, ▬▬▬▬▬▬▬▬▬▬, and scope of MKS consultation on summary judgment motion (0.1). | 0.10 |
| 3/6/2015 | DSK | Review rsch and new related case; | 0.80 |
| 3/9/2015 | DSK | Received eml from Tara; | 0.00 |
| 3/11/2015 | TK | Discussion with DSK regarding motion for summary judgment, research needs, and email from Corey Donaldson regarding ▬▬▬▬▬▬ (0.1). | 0.10 |
| 3/15/2015 | TK | Received email from Corey Donaldson ▬▬▬▬▬▬▬▬▬, and receive and reply to DSK email response (DSK to call Corey Monday or Tuesday) (0.1). | 0.10 |

DSK VACATION: 3/16/2015 thru 3/23/2015

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| | DSK | Telephone conference with Core Brian; Telephone conferences TK; Work on motion; | 1.80 |
| | TK | Received and review DSK email regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (0.2). | 0.20 |
| 3/18/2015 | TK | Received emails from Corey Donaldson and DSK regarding strategy conference call, and email Corey Donaldson re: joining the call (0.1). | 0.10 |
| 3/20/2015 | TK | Telephone conference with DSK regarding framing of introduction ▬▬▬▬▬▬▬ (0.2); Telephone conference with Corey Donaldson ▬▬▬▬▬▬▬▬▬▬▬▬ (0.1); relay information to DSK in email and review DSK reply (0.1); Telephone conference with Corey Donaldson regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬ (15 minutes); received email from Corey Donaldson with Judge Furman rules and previous letter motion requesting extension, review same, and send email to | 0.90 |

|  |  |  | Hours |
|---|---|---|---|
|  | CONT'D | Corey Donaldson regarding so-ordered summary judgment filing deadline ███████ ███████, review reply email, and download mediation brief for review (15 minutes). |  |
| 3/23/2015 | TK | Review mediation briefs from MOB and Louis Vuitton (0.5). | 0.50 |
| 3/24/2015 | DSK | Discussion TK re motion and sequence of points (TK to check on record material for support openning intro approach); Rev relevant cases; | 1.00 |
|  | TK | Review pleadings, mediation briefs, and discovery materials in Louis Vuitton case, and discuss same with DSK (1.5), received email from Corey Donaldson regarding Notice of Appearance and request for extension of summary judgment motion, and discuss same with DSK (0.1), draft Notice of Appearance and letter motion seeking extension, reviewing SDNY and Judge Furman rules, and submit to DSK for review (0.5); download and email DSK with copies of mediation briefs (0.1). | 2.20 |
| 3/25/2015 | TK | Review draft letter motion to Judge Furman seeking extension of time for summary judgment filing, email draft to Corey Donaldson and Brian Philpott with questions regarding details, receive and review Corey Donaldson reply, finalize letter and submit to DSK for review and signature (0.4); review notice of appearance procedure in Southern District of New York, revise notices of appearance and submit to DSK for review and signature (0.3), file notices of appearance and letter motion with Court on SDNY PACER website (0.2); Telephone conference with DSK, Corey Donaldson and Brian Philpott regarding summary judgment brief points (1.1); review Court order granting motion, and Corey Donaldson email noting same (0.1); research McCarthy treatise regarding dilution by blurring, and email DSK, Corey Donaldson and Brian Philpott with excerpts (0.2). | 2.30 |

My Other Bag, Inc.                                Page 4

| Date | Atty | Description | Hours |
|---|---|---|---|
| 3/25/2015 | DSK | Review rsch materials for msj; rev draft letter to court re ext of time; Disc TK re rsch, msj points and letter, filing; Conference call with Brian and Corey w. TK (1hr 8min); | 1.90 |
| 3/26/2015 | DSK | Review eml from TK and treatise section on blurring; Rev cases from ER re Vuitton; Rev research materials re diff btween 1996 and 2006 Dilution statutes; | 2.20 |
|  | TK | Email with Corey Donaldson regarding scheduling next conference call, and discuss same with DSK (0.1); email DSK ▮▮▮▮▮▮▮▮▮▮▮▮ (0.1); continue review of LV claims, decisions in favor of and against LV in trademark and copyright cases, copyright registration of Multicolore prints, and copyright infringement/substantial similarity analysis (1.5); discuss same with DSK (0.1). | 1.80 |
| 3/27/2015 | DSK | Received emls from Corey and Terence; Rev docs and rsch for msj; | 0.20 |
| 3/29/2015 | DSK | Review cases, articles and materials for msj; Notes and send eml to DK/M; | 1.30 |
| 3/30/2015 | TK | Review outline by Corey Donaldson re: motion for summary judgment drafting, and email DSK with proposed additions, modifications and schedule (0.5); discuss outline and points with DSK (1.3); received and reply to email from Corey Donaldson re: division of drafting and possible Wednesday call time, discussing same with DSK (0.2) | 2.00 |
|  | DSK | Review msj rsch and case materials; Meeting w TK re msj; | 2.20 |
| 3/31/2015 | TK | Discuss 4/1 status conference with DSK, and email Corey Donaldson and Brian Philpott with conference time (0.1) | 0.10 |