|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hours |
|------------|-----|---------|------|
| 4/1/2015   | DSK | Work on and review materials for msj; T/C TK (from home after arrival from Chicago); T/C TK, Brian and Corey re outline of msj and points; 30min) | 1.80 |
| 4/2/2015   | DSK | Discussion w TK re msj points; Rev docs for msj drafting; | 0.20 |
|            | TK  | Discussion with DSK regarding drafting of memo of law sections ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.2); review Judge Furmaan copyright and trademark cases (0.6). | 0.80 |
| 4/3/2015   | DSK | Work on msj points; Disc TK re Hyndai - Tiffany and treatises; Rcvd eml from TK re Hyndai;  Eml from Corey; T/C Corey; disc TK re rsch; | 0.80 |
|            | TK  | Discussion with DSK regarding motion for summary judgment points and LV v. Hyundai case (0.4); download Hyundai opinion and email same to DSK (0.1); email Corey Donaldson re statement of facts and review replies (0.1); received email from Corey re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.2). | 0.80 |
| 4/6/2015   | DSK | Work on msj points; REV MoB bags that came in; Disc w. TK the tm v copyright issue ▓▓▓▓▓▓; | 0.50 |
|            | TK  | Research (1.0); review My Other Bag products, discuss with DSK, and draft Copyright Infringement/Fair Use point (5.1). | 6.10 |
| 4/7/2015   | TK  | Draft memo of law in support of summary judgment: copyright infringement point (3.7); discuss with DSK drafting of dilution and copyright infringement points (0.3); Telephone conference with Corey Donaldson regarding drafting brief (exchange sections tomorrow; LV has "no intention" of furnishing bags to Court; CD to email copy of Complaint Ex. D to TK; T/C tomorrow afternoon) (9 minutes); review and reply to Corey email regarding submission of LV bags to Court (9 minutes); review and reply to Corey email regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.1). | 4.40 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 4/7/2015 | DSK | Received eml from TK re LV history of claims; Work on msj points and rsch; em from Corey; Disc TK re "McCarthy" point; Work on msj and rsch (late; | 2.90 |
| 4/8/2015 | TK | Draft memo of law in support of motion for summary judgment: copyright and dilution points, discussing same with DSK (7.1) | 7.10 |
| | DSK | Work on msj and disc TK; | 2.00 |
| 4/9/2015 | DSK | Work on msj and rev factor cases; T/CTK; Work on msj sections and editing w. TK exchanging drafts via eml; Emls with Corey; Work at home late on msj drafting sections; | 4.50 |
| | TK | Draft memorandum of law sections/dilution exclusions (1.8); | 1.78 |
| 4/10/2015 | DSK | Review and edit sections of msj; Rcvd eml from Corey with some of their sections; Disc TK re copyright section and items for Opp etc; Work on draft from Corey and Disc w TK; Work on other sections; Work later on edits to MSJ brief; | 4.50 |
| | TK | Revise memorandum of law in support of motion for summary judgment, integrating MKS draft sections with sections drafted by Corey and Brian, discussing same with DSK; email Corey and Brian draft of full memo of law (4.4); review examples of notice of motion and memorandum of law documents from previous SDNY cases for formatting requirements (0.2) | 4.60 |
| 4/11/2015 | TK | Received and reply to email from DSK regarding inclusion of point in memo of law (footnoted) (0.1); revise Notice of Motion to comply with SDNY format (0.4); email with Corey regarding physical exhibits, request for oral argument, and expert declaration (0.3); edit memorandum of law to check cites and reduce page count, email DSK regarding same (3.3). | 4.10 |

|  |  |  | Hours |
|---|---|---|---|
| 4/12/2015 | TK | further revise memorandum of law, editing pagecount further to comply with Court rules (2.0); received statement of facts draft from Corey Donaldson and review same (0.2) | 2.20 |
| 4/12/2015 | DSK | Work on MSJ memo of law edits and additions; Emls w TK; | 2.20 |
| 4/13/2015 | DSK | Work on MSJ draft and revisions; eml redlines to TK; Disc TK;   Rev and edit Locander declaration draft and send to Corey and Brian; T/C Brian and Corey w TK (34min^^); Work on edits to MSJ brief; Work late [10pm] w TK to cut down; | 5.50 |
|  | TK | Received "noncommercial use" section from DSK, review and incorporate into memorandum of law; revise memorandum of law, checking cites, further reducing pagecount, and incorporating DSK edits (8.3); review expert declaration and email Corey and Brian with suggested edits (0.4); review Corey email regarding Judge Furman confidentiality procedure and reply to same (0.4); email Corey and Brian with clean version of memo of law draft (0.1); received and review draft Martin and Philpott declarations (0.4); email with Corey regarding tables of contents and authorities, filing signatures, and preparations for filing (0.1) | 9.70 |
| 4/14/2015 | TK | Finish notice of motion for summary judgment and supporting papers: revise and proof memorandum of law, proof Rule 56.1 statement of facts, proof Martin, Locander and Philpott declarations and exhibits thereto, proof letter to Court requesting oral argument, and prepare all for filing, discussing all with DSK; Telephone conferences with Corey Donaldson and Brian Philpott regarding redline revisions and redactions; work late in filing documents with Court [1.40 am 4/15] (12.8) | 12.80 |
|  | DSK | Review emls from TK and Corey; Revise msj brief; Rev letter to court re oral arg; Rev notice of motion and disc w. TK; Discussion TK re revisions to memo; | 6.00 |

|  |  |  | Hours |
|---|---|---|---|
|  | CONT'D | Rcvd and rev Brian and Corey's redlines; Review and revise docs'; Work late on editing and prep of MSJ for filing; T/C's w Brian and Corey; Rcvd motion to preclude from Plaintiff; Rev and send email to Brian and Corey; [Work to 12:51] |  |
| 4/15/2015 | DSK | Received ct notice of late filing of plntff's msj; Rcvd emls from TK and Corey; Disc TK re call from Ct; Rev doc (our filings etc); Rev letter motion and disc TK; Rcvd emls and ct noties on refilings of redactions; | 0.60 |
|  | TK | Received Plaintiff's motion to exclude expert testimony (0.1); prepare and refile Philpott and Locander declarations with exhibits and redactions (1.5); email with Corey regarding redaction of documents and procedure for notifying Chambers and opposing counsel of same (0.2); received Plaintiff's motion for partial summary judgment and supporting papers (0.2); Telephone conference with Corey regarding redaction letter to Chambers, serving unredacted copies of documents on opposing counsel, and refiling memorandum of law with formatting corrections (0.3); Telephone conference with Chambers and Court regarding filing of redaction letter to Chambers and redacted documents on ECF (0.1); draft redaction letter to Court and circulate to Corey, Brian and DSK for review, filing same with Court, annexing redacted and unredacted versions of documents (0.9); received Court notice to refile 56.1 statement of facts, and refle same (0.4); reformat memorandum of law and prepare for corrected refiling (0.5). | 4.20 |
| 4/16/2015 | DSK | Discussion TK re plntff's MSJ; T/C Brian and Corey w TK (55min);   Eml from Corey; re Plntiff response on req for stip; Disc TK and send reply to Corey; | 1.20 |
| 4/16/2015 | TK | Email to Corey and Brian regarding no need to email chambers for refiling corrected memorandum of law (0.1); review Plaintiff's papers in advance of conference call with Corey, Brian and DSK (2.1); Telephone conference with Corey, Brian and DSK | 3.70 |

My Other Bag, Inc.             Page 9

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | CONT'D regarding Plaintiff's motions for summary judgment and to exclude expert testimony (0.9); proof corrected memo of law and file on Court ECF site (0.5); discuss filing for extension of time with DSK (0.1). | |
| 4/17/2015 | TK | Finalize letter motion requesting extension of time from Judge Furman, submit to DSK for signature (0.3); review Judge Furman Order and Individual rules regarding redactions, email DSK regarding same and Telephone conference with DSK (no need to file corrected MOL with Chambers), and leave voicemail for Corey Donaldson regarding same (0.4); received Corey Donaldson email and respond to same (0.1); review and download copy of Judge Furman Order (granting extension) (0.1); review Judge Furman-cited redaction case for letter regarding sealed documents (0.1). | 1.00 |
| | DSK | Review draft letter; Sign letter to Court re sched of briefing; Rcvd emls from Corey and TK; Rcvd Ct Notice that Letter request was so ordered; Dkt new motion dates; | 0.10 |
| 4/20/2015 | TK | Email Corey Donaldson regarding time to speak on Tuesday about opposition papers and associated documents, discuss same with DSK (0.1). | 0.10 |
| 4/22/2015 | DSK | Telephone conference Corey, Brian and Terrence re outline and review of points; (1hr); | 1.00 |
| 4/22/2015 | TK | Review LV summary judgment and motion to exclude expert papers (1.4); Telephone conference with Corey Donaldson and Brian Philpott regarding drafting opposition papers (MKS to outline MSJ opposition, Daubert SDNY framework) (1.0); follow-up emails with Corey Donaldson regarding timeframe for drafting (0.1) | 2.50 |
| 4/23/2015 | TK | Received email from Corey Donaldson regarding ▮▮▮▮▮ (0.2). | 0.20 |