My Other Bag, Inc.                                                    Page 10

| Date | | | Hours | |
|---|---|---|---|---|
| 4/30/2015 | DSK | Review docs for work on opps; | 1.00 | |
| | TK | Conduct research via Westlaw into Judge Furman rulings on Daubert motions and SDNY/2d Circuit framework for same, as well as cases in LV's motion for partial summary judgment papers, discuss same with DSK (1.5). | 1.50 | |
| | | For Services Rendered | 125.38 | $48,603.00 |

DISBURSEMENTS:

| | |
|---|---|
| Late night taxi from office to home (drafting motion for summary judgment) | 28.56 |
| Late night taxi from office to home (motion for summary judgment revisions) | 30.35 |
| Late night taxi travel from office to home (motion for summary judgment filing) | 28.55 |
| Late night taxi from office to home (reviewing adversary filings and drafting motion to extend time) | 32.16 |
| Total costs | $119.62 |
| Total amount of this bill | $48,722.62 |
| Previous credit balance | ($6,040.00) |
| Balance due | $42,682.62 |

User Summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| David S. Korzenik | 47.20 | 450.00 | $21,240.00 |
| Terence Keegan | 78.18 | 350.00 | $27,363.00 |

# MILLER KORZENIK SOMMERS RAYMAN LLP

488 MADISON AVENUE NEW YORK, NEW YORK 10022-5702
TEL.212-752-9200•FAX 212-688-3996•WWW.MKSLEX.COM

December 03, 2015

**Invoice #14493**

My Other Bag, Inc.
1031 W Manchester Blvd.
Suite 7
Inglewood, CA 90301

Attn.: Tara Martin CEO

    Re: Louis Vuitton Litigation SDNY

FOR PROFESSIONAL SERVICES RENDERED: May 1, 2015 through Nov. 30, 2015

| Date | Atty | Description | Hours |
|---|---|---|---|
| 5/4/2015 | DSK | Discussion TK re next steps; | 0.10 |
| 5/5/2015 | TK | Draft opposition to LV summary judgment, discussing outline of dilution opposition with DSK (1.0); research Judge Furman Daubert decisions, and draft email to Corey and Brian regarding framework for Daubert motion (0.5); discuss possibility of motion seeking extension with DSK, and email Corey, Brian (OK to proceed) (0.2); voicemail and emails to opposing counsel (0.2); | 1.90 |
|  | DSK | Review paperr and work on response; Disc TK and notes on response; | 1.40 |
| 5/6/2015 | DSK | Review draft letter to Court; earlier emails w. TK; Edit and sign letter to Court; | 0.20 |
|  | TK | Draft letter motion to Judge Furman regarding extension request for opposition and reply papers, discussing same with DSK (1.3); leave message for Plaintiff's local counsel and email request (0.1); continue drafting opposition memorandum to LV's | 3.40 |

| | | Hours |
|---|---|---|
| | CONT'D | |
| | motion for summary judgment, reviewing Plaintiff's cited case law (1.5); received emails from plaintiff's counsel regarding motion to extend time, and discuss with DSK (0.2); email with Corey regarding LV's suggested modification to proposed dates (OK) (0.1); reply to opposing counsel regarding suggested modification, and review response (0.1); file letter motion requesting extension with Court (0.1). | |
| 5/7/2015 TK | Received Court order granting extension of response/reply time, received DSK email and reply to same (follow up with Corey/Brian today) (0.1). | 0.10 |
| 5/13/2015 TK | Received email from Corey ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Telephone conference with Corey regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (0.6); draft opposition to LV's motion for partial summary judgment, reviewing LV's cases (0.6). | 1.20 |
| 5/14/2015 TK | Draft opposition to LV's motion for partial summary judgment, reviewing LV's moving papers and cases cited (2.8); Telephone conference with Corey Donaldson re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (0.2); Telephone conference with DSK regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (0.1); Telephone conference with Corey regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (0.1); | 3.20 |
| 5/17/2015 TK | Draft memo of law in opposition to LV's motion for summary judgment, researching authorities in support of MOB's position on copyright fair use (1.4). | 1.40 |
| 5/18/2015 TK | Continue drafting memo of law in opposition to LV's motion for summary judgment (6.8); discuss same with DSK (0.2); | 4.50 |
| DSK | Review cases and docs for response on msj; Discussion w TK on points for response; | 1.00 |

|  |  |  | Hours |
|---|---|---|---|
| 5/19/2015 | DSK | Review docs on msj; Disc TK; | 0.40 |
|  | TK | Received email from Corey Donaldson and reply to same (exchange drafts later today); continue drafting opposition to LV's summary judgment motion, reviewing LV's papers and cases (7.3); discuss LV record cite with DSK and Daubert opposition, need for another declaration from expert (0.2); Telephone conferences with Corey Donaldson regarding status of drafting and need for opposition declarations (0.3). | 7.80 |
| 5/20/2015 | DSK | Work on msj papers and recvd eml form Corey w draft of Daubert response; Work on edits and additions to Opp on MSJ; (late at home); | 4.20 |
|  | TK | Continue drafting opposition to Plaintiff's motion for summary judgment, researching additional authorities (8.7); email with Corey Donaldson regarding Daubert motion opposition, potential need for declarations, and remaining items to do before filing (0.2); discuss papers and additional sections, statements needed with DSK (0.2). | 9.10 |
| 5/21/2015 | TK | Review Daubert opposition draft against Plaintiff's moving brief, and email Corey Donaldson with two general thoughts (full version to send later in morning), and begin revising MSJ opposition draft (1.8); received emails from Corey Donaldson re comments on MSJ opposition draft and new Daubert draft, and ▇▇▇ reply to same (0.1); Telephone conference with DSK re MSJ opp revisions (2 minutes); Telephone conference with Corey re plan for revising and finalizing documents today (8 minutes); add suggested revisions to Daubert opposition draft and email to Corey, Brian and DSK (0.5); further revise memo of law in opposition to Plaintiff's motion for summary judgment (7.0) | 9.60 |
|  | DSK | Work on Opp draft on msj and rev Daubert response papers; Disc TK and emails. etc; Prep additions to Opp on msj; emls to TK; Tel Conference w. Corey and Brian (45min); | 4.00 |

My Other Bag, Inc.                 Page 4

| Date | Atty | Description | Hours |
|---|---|---|---|
| 5/22/2015 | TK | Revise and finalize opposition to Plaintiff's motion for summary judgment, emailing Corey Donaldson and Brian Philpott finalized versions of memorandum of law and counterstatement of facts, file documents with Court's e-filing system (16.2). | 16.20 |
|  | DSK | Work on msj Opp and review other docs and emails; disc TK; | 2.00 |
| 5/26/2015 | DSK | Received emls from TK and Corey; Rcvd Ct notice re response on moitons to strike; | 0.10 |
|  | TK | Prepare unredacted and highlighted versions of 5/22 opposition filing to send to Judge Furman and opposing counsel, draft and send emails to Chambers per Judge's rules, email with Corey Donaldson regarding unredacted versions of supporting documents (Corey to complete) and telephone conference regarding reply papers on 5/27 (0.6). | 0.60 |
| 5/27/2015 | DSK | Received emls from TK and Corey re Conference call on new motions to strike etc; Disc TK re scheduling and content of our Replies on new motions to strike and on their Opp to our MSJ; Also letter to Ct re exemplars of LV Bags); T/C Corey, Brian, TK re content of our Replies (1hr,11min); Emls from Corey and Tk; note re ▆▆▆▆▆▆; | 1.70 |
|  | TK | Discussion with DSK regarding reply in support of MSJ and Plaintiff's motions to strike (0.1); email Corey Donaldson regarding 4pm teleconference, and review Judge Furman's order regarding motion to strike opposition (0.1); review Plaintiff's opposition and motion to strike papers ahead of teleconference (1.7); Telephone conference with Corey, Brian Philpott and DSK regarding opposition and reply papers due (1.2); follow-up dicsussion with DSK (0.3); email DSK, Corey and Brian regarding ▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆ (0.1); email with Corey regarding redaction order (letter due week after reply) and motions to strike and how to respond (0.2) | 3.70 |
| 5/28/2015 | DSK | Work on points for Reply on MSJ; Disc TK re points outlined and discuss possible letter to court; Disc approach to motions to strike and how to contain reply; | 0.90 |

|  Date | Atty | Description | Hours |
|---|---|---|---|
| 5/29/2015 | DSK | Work on and disc w TK reply points on MSJ; | 0.30 |
| 6/1/2015 | DSK | Work on MSJ reply; | 0.20 |
|  | TK | Draft reply brief (3.3); Telephone conference with Court regarding courtesy copies of motion papers (Monday 6/8 is "fine"), and email Corey Donaldson regarding same (0.1); | 3.40 |
| 6/2/2015 | TK | Continue drafting reply brief (1.0) late night at office left 11:13 | 6.20 |
|  | DSK | Disc TK re papers and work on MSJ Reply; T/C Corey; Work on reply papers; Rcvd draft from TK and work on draft; Work late on the MSJ Reply; | 3.00 |
| 6/3/2015 | DSK | Work on MSJ reply; Rev cases; edit draft; dsic TK; T/C TK (evening); Rcv emal from TK w. new draft; | 0.60 |
|  | TK | Continue drafting motion for summary judgment reply brief (4.2); emaill DSK re ▮▮▮▮▮ (0.1); review and reply to Corey Donaldson email regarding ▮▮▮▮▮ (0.1) | 4.40 |
| 6/4/2015 | TK | Received email from Corey Donaldson with draft of motion to strike opposition, review same, email with Corey regarding call today for filing logistics and finishing supporting documents (0.3); Telephone conference with Corey regarding motion for summary judgment reply, and email Corey copies of Westlaw case files, reviewing citing references to cases (0.2); discuss with DSK reply draft revisions (0.1), email HT regarding courtesy copy preparation (0.1); revise reply in support for motion for summary judgment, and review Corey draft of opposition to motions to strike (7.1); conduct research via SDNY PACER, Google and Westlaw for successful filings of reply statements of undisupted facts on motions for summary judgment, and draft email to Corey advising on form and substance of MOB reply statement (1.0) | 8.80 |