|  |  |  | Hours |
|---|---|---|---|
| 6/4/2015 | DSK | Review and edit new draft of Reply on Opp from TK; Rev new draft of reply from Corey; Disc TK; Rcvd review and edit Reply from CD on Motion to Strike; Send back to Corey and TK (late pm); | 2.60 |
| 6/5/2015 | DSK | Review and edit Reply on MSJ from TK; Rev and input points w TK; Disc Motiion to Strike changes; Disc 56.1;   Rcvd emls w update drafts; T/C's w TK re filings etc (ti late Friday night); | 2.70 |
|  | TK | Continue revising and finalize reply in support of motion for summary judgment, filing with Court (8.6); review reply statement of material facts draft, conduct online research for reply statement of facts on LV website, drafting responses and emailing and teleconferencing with Corey Donaldson to incorporate revisions into statement (2.2). | 10.80 |
| 6/8/2015 | TK | Prepare courtesy copies of motion for summary judgment papers, identifying unredacted versions of documents to include and reviewing final set of documents and physical exhibits as produced by HT (1.1); email counsel of record regarding delivery of copies to Court (0.1); travel to Court to deliver documents by hand (0.4); received and review email from Jonathan Lupkin regarding Plaintiff's submission of actual bags to Court today, and discuss response with Corey and DSK (0.2); email with Corey regarding substance of his message to Plaintiff's counsel this evening (0.1) | 1.90 |
| 6/8/2015 | DSK | Discussion TK re status of filings; Rcvd eml from Lupkin w. letter to court and samples (unidentified and undesignated); Disc TK re response; | 0.30 |
| 6/9/2015 | DSK | Review emls from TK and Corey; Disc status w. TK; Disc response on question of actual bags to Court and to us; Rcvd draft of leter to court; Revise and edit and return to TK;   Disc next steps w TK; | 0.60 |

| Date | | | Hours |
|---|---|---|---|
| 6/9/2015 | TK | Prepare CD disc of deposition transcripts as required by Court rules, advise HT to prepare package for sending to Court today via messenger, draft cover letter to Court and draft and send email to counsel of record noting submission (0.9); telephone conference with Corey Donaldson regarding demand for LV to designate and furnish actual handbags to Court (14 minutes); review LV reply memorandum of law in support of its motion for summary judgment (0.4). | 1.50 |
| 6/10/2015 | DSK | Review and revise letter to Court re record and actual samples of handbags; Rev emls from Corey and TK re response on bag sample issue; Disc TK; Rcvd Ct notice of our filing of letter; Rcvd draft letter from TK re confidentiality and redactions; Revise and send to TK; | 0.60 |
| | TK | Finalize letter to Judge Furman regarding LV's submission of actual bags, incorporating additional document cites, Corey Donaldson edits and subsequent edits from DSK (1.0); Telephone conference with Corey Donaldson regarding same, and confirming no emails or voicemails from opposing counsel (0.1); telephone conference with SDNY ECF helpdesk regarding filing procedure (1 minute), and discuss filing as "letter" with DSK (3 minutes); finish filing letter and exhibit on ECF and download copies of same (2 minutes). | 1.20 |
| 6/11/2015 | DSK | Review eml LV letter response to court re our letter on samples for record; Rev emls from Corey and TK; Disc TK on substance of response for letter to Court; Rev and edit draft letter to Court; Emls Corey and TK; Revise draft from Corey; Sign final; Rcvd Ct notice of filing of our letter; T/C Wendy Sloane (27mn); Disc TK; | 1.60 |
| | TK | Telephone conference with Wendi Sloane and DSK regarding LV's submission of actual handbags to Court (20 minutes); Telephone conference with Corey Donaldson re discussion with LV and prospective solution (22 minutes) | 0.70 |

My Other Bag, Inc.                                                  Page 8

| Date | Atty | Description | Hours |
|---|---|---|---|
| 6/12/2015 | DSK | Review emls re possible k w Wendy Sloan re bags provided as exhibits; Disc TK; Rcvd eml from TK w write up of k for WS; Rcvd message from WS; Prepare eml to Wendi S re bags and exhibit; Send to Wendi et al; Rcvd reply from WS (will get back on suggested resolution); Rcvd reply from WS saying ok to our proposal and saying she would draft letter to ct); Rcvd and rev draft letter to Ct re samples; Send reply to Calhoun; | 0.70 |
| | TK | Review Corey Donaldson letter to Court regarding redacted filings and seeking release of materials from confidentiality, and email Corey with suggested edits to draft (0.5); proof finalized letter, submit to DSK for signature, and email to Corey (Corey to file with Court) (0.2); draft reply email for DSK to Wendi Sloane regarding actual handbags to Court (0.1), discuss with DSK (0.1). | 0.90 |
| 6/13/2015 | TK | Email Corey Donaldson regarding status of actual LV bags issue (no resolution as of yet) (0.1). | 0.10 |
| 6/15/2015 | TK | Draft letter to Court regarding resolution of actual LV bags submission, submit to DSK (0.4); receive copies of DSK email to Wendi Sloane re draft of letter to Court, and Wendi Sloane reply with approval (0.1); Telephone conference with Corey Donaldson regarding filing of letter (0.1); file signed letter on Court e-filing system (0.1) | 0.70 |
| | DSK | Received call from Wendi Sloan and Calhoun ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Send eml to Corey, Brian TK; Rcvd eml from Corey; Disc TK re disc w. Corey; Send eml reply to Wendi (we will send letter to court); Rcvd reply (ok to our | 0.90 |

|       |      |                                                                                                                                                                                                                                                                                                                                                                                                                  | Hours |
|-------|------|---|---|
|       |      | **CONT'D** drafting letter); Send reply; Rcvd eml from TK w. draft letter; rev and disc w TK; Rcvd revsion; Review and send out to Wendi et al for her review; | |
| 6/16/2015 | TK   | Received and review notice from Court endorsing letter re submission of actual LV handbags (so ordered by Judge) (0.1) | 0.10 |
|       | DSK  | Received ct notice of our letter being "So Ordered' by the Court; Disc TK; | 0.10 |
| 6/17/2015 | DSK  | Discussion w TK re delivery of exhibits to Lupkin firm; Rev letter from TK to Lupkin; Recvd emls from Corey and TK; | 0.10 |
|       | TK   | Review actual handbags delivered by My Other Bag to office, prepare set of bags for delivery to Plaintiff's counsel, draft cover letter and review JW affidavit of service, email affidavit of service to counsel of record, and email with Corey Donaldson regarding Judge Furman order (0.7); prepare and review internal reference copies of motion papers (0.3). | 1.00 |
| 6/18/2015 | TK   | Received email from Wendi Sloane re samples of actual LV handbags and expected timeframe for delivery to MKS offices (0.1) | 0.10 |
| 6/19/2015 | TK   | Discuss with DSK timeframe for LV's submission of actual handbags to Court and to MKS for review, received DSK reply to Wendi Sloane (0.1) | 0.10 |
|       | DSK  | Received eml from Wendi S (re actual bags for ct etc); Disc TK; Send rply; | 0.10 |
| 7/7/2015 | TK   | Received email from Corey Donaldson regarding status of LV bag samples, reply and discuss with DSK (email Wendi Sloane and opposing counsel tomorrow) (0.1) | 0.10 |
|       | DSK  | Discussion w TK re status of bags; | 0.00 |

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 7/8/2015 | DSK | Received Ct Notice of filing of actual bag by LV w Ct; TK received actual bag and review for points at arg; | 0.20 | |
| | TK | Review letter from Louis Vuitton counsel to Court re delivery of actual handbags (0.1); Telephone conference with Melissa Yang regarding delivery of actual LV handbags to MKS offices (0.1); Meeting with paralegal from Louis Vuitton counsel regarding inspection of actual Louis Vuitton handbags (0.1); compare LV and MOB bags and email Brian Philpott, Corey Donaldson and DSK regarding comparison (0.2) | 0.50 | |
| 7/10/2015 | TK | Review Judge Furman so-ordered letter from LV (actual handbags entered as part of record) (0.1) | 0.10 | |
| 8/10/2015 | TK | Received email from DSK re ▮▮▮▮▮ (0.1) | 0.10 | |
| | DSK | Send eml to TK; Rcvd reply; | 0.10 | |
| 8/21/2015 | TK | Discussion with DSK re ▮▮▮▮▮ (0.1); | 0.10 | |
| 8/26/2015 | TK | Review ▮▮▮▮▮ email DSK re ▮▮▮▮▮ (0.4) | 0.40 | |
| 9/25/2015 | DSK | Send eml to Tara; | 0.00 | |
| | | For Services Rendered | 136.60 | $50,880.00 |

DISBURSEMENTS:

| | |
|---|---:|
| Late-night taxi travel from office to home re: preparation of opposition papers to LV's motion for partial summary judgment ($30.96). | 30.96 |
| Late night travel from office to home re: finishing and filing of opposition papers to Plaintiff's summary judgment motion ($25.56) | 25.56 |
| Late-night travel from office to home re: drafting reply papers in support of MOB's motion for summary judgment ($30.96). | 30.96 |
| Late-night travel from office to home re: revising reply papers in support of MOB's motion for summary judgment ($33.36). | 33.36 |
| Late-night travel from office to home re: finishing and filing reply papers in support of MOB's motion for summary judgment ($31.56). | 31.56 |
| Taxi travel from office to Court to hand-deliver courtesy copies of motion for summary judgment papers to Judge Furman's chambers ($7.00) | 7.00 |
| **Total costs** | $159.40 |
| **Total amount of this bill** | $51,039.40 |
| **Previous balance** | $42,682.62 |
| 5/20/2015 Payment - thank you. Check No. 1168 | ($5,000.00) |
| | ($5,000.00) |
| **Balance due** | $88,722.02 |

User Summary

| Attorney | Hours | Rate | Amount |
|---|---:|---:|---:|
| David S. Korzenik | 30.70 | 450.00 | $13,815.00 |
| Terence Keegan | 105.90 | 350.00 | $37,065.00 |