# EXHIBIT B

# Miller Korzenik Sommers Rayman LLP

488 MADISON AVENUE NEW YORK, NEW YORK 10022-5702
TEL.212-752-9200•FAX 212-688-3996•WWW.MKSLEX.COM

January 28, 2016

███████████████████

Invoice #14553

My Other Bag, Inc.
1031 W Manchester Blvd.
Suite 7
Inglewood, CA 90301

Attn.: Tara Martin CEO

    Re: Louis Vuitton Litigation SDNY

FOR PROFESSIONAL SERVICES RENDERED:

<u>Hours</u>

| Date | | Description | Hours |
|---|---|---|---|
| 12/7/2015 | TK | Received notice from Court permitting withdrawal of Plaintiff's local counsel (0.1) | 0.10 |
| 1/6/2016 | TK | Received notice of opinion and order by Court, read opinion (0.5); Telephone conference with Corey Donaldson re decision and recovery of fees (0.1); email DSK re Telephone conference with Corey (0.1) | 0.70 |
| 1/7/2016 | TK | Received email from DSK re preliminary read of opinion (0.1) | 0.10 |
| 1/8/2016 | TK | Received email from Corey Donaldson re teleconference on possible fee motion, reply re judgment (0.2); received Court notice re clerk entry of judgment and review, calendar notice of appeal deadline (0.2) | 0.40 |
| 1/11/2016 | TK | Discussion with DSK re fees recovery (0.1); Telephone conference with Corey Donaldson and DSK re fees motion (46 minutes); discussion with DSK re timing of motion (0.1); | 1.00 |

|  |  | Hours |
|---|---|---|
| 1/11/2016 DSK | Discussion TK re fees; Send email to Cory and Brian re fees; T/C Paul Levy (18min^^ re fee applic issues); Reply from Corey; T/C Corey and TK re points for fee application (46min); Disc TK re timing and next steps; Rcvd eml from Corey; | 1.30 |
| 1/12/2016 DSK | Received eml from Corey; Rev Tushnet blog on decision; Emls w. Paul Levy; T/C Corey; Send eml to Paul; Rcvd emls from Corey re atty fee applications; Conference call w. Paul, Corey, Brian and TK (27min^^); | 0.60 |
| TK | Telephone conference with DSK, Corey Donaldson, Brian Philpott and Paul Alan Levy re fee motion (0.5) | 0.50 |
| 1/13/2016 TK | Received email from Paul Levy re fees motion, email DSK with question re bill of costs (0.1); discussion with DSK re motion papers (0.1); | 0.20 |
| DSK | Received emls from Paul, Cory, TK, Kendra re fee applicaiton; Disc TK; | 0.10 |
| 1/14/2016 TK | Received confirmation from Corey Donaldson of conference call, telephone conference with Brian Philpott, Corey Donaldson, Paul Alan Levy and Kendra Albert re fees motion (0.1); follow up telephone conference with Corey Donaldson re timeframe for drafting supporting papers (0.2); email Corey and Brian re SDNY case on supporting declarations (0.1) | 0.40 |
| DSK | Received emls from Corey and TK; Disc TK re fee applic and his disc w. Paul and Corey; Rcvd ▮▮▮▮; | 0.30 |
| 1/18/2016 TK | Review DSK declaration in support of fees application in previous case, SDNY caselaw on fee awards in Lanham Act/Copyright Act cases (0.4) | 0.40 |

My Other Bag, Inc.                                                                  Page 3

| Date | Atty | Description | Hours |
|---|---|---|---|
| 1/20/2016 | TK | Received emails from Paul Alan Levy re review of LV summary judgment papers, fees motion drafting (0.1); discuss with DSK drafting of memo points (0.1); prepare declaration drafts of fees and points for memorandum of law (2.1); Telephone conference with Paul Levy and DSK re outline of argument and contents (0.2); further review Court decision and case law regarding reasonable fee calculation (0.5); received email from Paul Levy re rough draft of memo of law, begin reviewing same (0.1) | 3.10 |
| | DSK | Received emls from Paul and Corey; Disc TK; | 0.20 |
| 1/21/2016 | TK | Draft and send email to DSK re additions to declaration (0.4); received and review email from Paul Levy re argument (0.1); review memo of law draft, draft suggested revisions, reviewing and researching case support, discuss with DSK (2.2) | 2.70 |
| | DSK | Received emls from TK, Paul and Corey re fee applic draft etc; Rev drafts; Disc TK re affids; Rcvd eml w draft; Edit and revise draft affid of law and send to all; | 1.30 |
| 1/22/2016 | DSK | Work on edits to memo of law; T/C Paul Levy re motion and timing (Corey in hospital; Brian out but back for emergency); Edited TK memo points and fee case points; Send to Paul et al; Disc TK re NY and Fed law point; T/C Brian, Corey, Paul and TK (24^^min speak further with Corey and Briam); Rcvd and review letters as possible attachments to Brian's dec; Rev affidavit and revise; Send reply to Corey et al; | 2.30 |
| | TK | Continue revising memo of law, send suggested revisions to DSK (1.0); WKO revising and finalizing DSK declaration and exhibits, reviewing exhibits for privileged information and redacting same, drafting notice of motion (6.2), telephone conference with Paul Alan Levy, Brian Philpott, Corey Donaldson and DSK re finalizing papers (0.4); review Brian Philpott declaration and exhibits, discussion with DSK re same (0.3); email with Corey Donaldson and Paul Alan Levy re filing of documents, received notices of filing, review filed documents (0.5) | 8.40 |

|  |  |  | Hours |
|---|---|---|---|
| 1/25/2016 | DSK | Received emls from Paul and Terence; Disc Terence re papers and adjustments referenced by Paul; Rcvd ct ecf of LV notice of appeal; | 0.20 |
|  | TK | Received email from Paul Alan Levy re fees motion filing, reply, received Corey Donaldson reply (0.1); discussion with DSK re fees motion (0.1) | 0.20 |
| 1/26/2016 | DSK | Review emls from Brian et al; T/Conference Paul, Brian et al; (16min; re supp papers and rel to appeal); T/C Brian and Corey (20min); Disc TK re our supp; | 0.70 |
|  | TK | Received emails from Brian Philpott re LV 2d Circuit filings (0.1); received emails from Paul Levy re fees motion papers (0.2); Telephone conference with Brian Philpott, Corey Donaldson, Paul Levy and DSK re status of fees motion (0.5); Telephone conference with Brian Philpott, Corey Donaldson and DSK re LV appeal (0.3); follow up discussion with DSK re appeal (0.1); review procedure for admission to Second Circuit, email LS re sponsoring (0.2) | 1.40 |
| 1/27/2016 | DSK | Received ecf notice from Judge Furrman re M&C and sequencing of appeal and motiion for fees; Rcvd eml from Paul re note from Judge and disc w. adverse counsel; Disc TK re supp to affid; Rev emls re supp affid; Disc TK re timing q raised by Judges order; T/C Brian and Corey w TK re pro hac, disc w Paul, supp papers etc 23min); T/C Paul re affid and appeal sequence issues (18min^ of 24min); Rcvd eml from Corey re 2d Cir; | 1.20 |

| Date | | | Hours |
|---|---|---|---|
| 1/27/2016 | TK | Received emails from Paul Alan Levy re supplementing fees motion (0.1); received notice of order from Court re joint letter on fees motion (0.1); discussion with DSK re supplementing motion papers (0.1); email Paul Alan Levy and received reply, received email from Corey Donaldson and Brian Philpott re telephone conference (0.2); Telephone conference with DSK, Brian Philpott and Corey Donaldson re supplementing fees motion (0.3); further discussion with DSK (0.2); received email from Corey re Second Circuit admission (0.1) | 1.10 |

|  |  |  |
|---|---|---|
| For Services Rendered | 28.90 | $10,935.00 |
| Previous balance | | $88,722.02 |
| Balance due | | $99,657.02 |

### User Summary

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| David S. Korzenik | 8.20 | 450.00 | $3,690.00 |

Terence Keegan 20.70 350.00 $7,245.00