# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Howard S. Hogan
Direct: +1 202.887.3640
Fax: +1 202.530.9550
HHogan@gibsondunn.com

June 12, 2017

VIA ECF

Hon. Jesse M. Furman
United States District Judge
United States District Court, S.D.N.Y.
Thurgood Marshall
United States Courthouse, 1105
40 Foley Square
New York, NY  10007

Re: *Louis Vuitton Malletier, S.A. v. My Other Bag, Inc.*, No. 14-cv-3419 (JMF): Request for oral argument on [143] Defendant's Motion for Attorney Fees

Dear Judge Furman:

Pursuant to Rule 3(G) of the Court's Individual Rules and Practices in Civil Cases, Plaintiff Louis Vuitton Malletier, S.A. respectfully requests oral argument on [143] Defendant My Other Bag, Inc.'s renewed Motion for Attorney Fees.

Respectfully submitted,


/s/ Howard S. Hogan

Howard S. Hogan